FILED
2017 Jan-12  PM 03:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-17-HA-0053-NE

*Jury Trial Demanded*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: __IF291560__

__Brent Jacoby__
(Enter above the full name of the plaintiff
in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

~~Commissioner Dunn~~, PRea Coordinator John\Jane Doe
~~Parole Board Chairman~~, T.J Loggins, Officer Guthery, Justin,
Director Mercado, Mary Surrett,
Lt. Coody, Lt. Jones, Sgt Truitt, Nurse Lynn, Dr. Wilson
(Enter above full name(s) of the defendant(s)
in this action)

I.   Previous lawsuits

    A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
    Yes ( ✓ )     No ( ✓ )   Have Filed 1983 Actions but not About these Claims

    B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

        Plaintiff: _____ See Attached _____

        Defendant(s): _____

2

2.    Court (if Federal Court, name the district; if State Court, name the county)

_____

3.    Docket number _____

4.    Name of judge to whom case was assigned _____

_____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6.    Approximate date of filing lawsuit _____

_____

7.    Approximate date of disposition _____

II.    Place of present confinement ___Limestone Corr Fac.___

A.    Is there a prisoner grievance procedure in this institution?
       Yes ( ✓ )          No ( ✓ )

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?          Yes ( ✓ )          No ( ✓ )

C.    If your answer is YES:

       1.    What steps did you take? _I wrote Complints to Wardens, Medical Staff Comissioner and even the governor_

       2.    What was the result? _No Results._

D.    If your answer is NO, explain why not: _State of Alabama Dept. of Corr. does not have a Grievance procedure._

_____

_____

3

III.    Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A.    Name of Plaintiff(s) _Brent Jacoby #291500_

Address _28779 Nick Davis Rd_
_Harvest Al 35749_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B.    Defendant _See Attached_

Is employed as _____

at _____

C.    Additional Defendants _____

_____

_____

IV.    Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

_See Attached_

_____

_____

_____

_____

_____

_____

4

V.   RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Order Injunctive Relief to help make
St. Clair c Safer Place and Comply with
the D.O.J. and P.R.E.A. standards, Award
Damages against ALL Defendets Jointly and
Severally in Both Capacitie for normal, positive
and Compensating Damages. Trial By Jury is Demanded.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Jan 8th 2017__

SIGNATURE _____

ADDRESS Brent Jacoby
28779 Nick Davis Rd
Harvest Al 35749

AIS # 291560

A) Parties of Said 1983 Action

B) Defendants: officer Guthery, Justin \ Sgt. Truitt, Jonathan \ Lt. Jones, Russell \ PREA officer Lt. Gordy "Compliance Manager" \ Cpt. Grahm \ Nurse Lynn \ Dr. Wilson

C) Defendents Are Employed at: St. Clair Corr. Fac. 1000 St Clair Rd  Springville Al 35146

Claim #1) Failure to adequately Investigate. Investigate A Rape wich violated my Rights under the Prison Rape Elimination Act as set forth by the United States Department of Justice Final Rule 28 C.F.R. Part 115 wich also led to these said Defendants violating my 8th Amendmant Rights to be free from Cruel and unusual punishment and Failing;

Claim #2) Failing to provide Adequate medical care to A Rape Victim wich violated my 8th Amendmant Right to be free from Cruel and unusual punishment and Failing;

Claim #3) Failing to provide me with Access to the Courts and a Attorney

Wich Violated my 6th Amendment
Right under the U.S.C. to Access
the Courts and Failing;

Claim #4) Failure to provide due process
for Administrative and Criminal
prosecution wich violated my 14th
Amendmant Right to Due process.

As to all 4 of the claims Above defendants
Defendants Guthery, Truitt, Jones, Gordy and Corahm
were employed at St. Clair prison, they all were
aware of my Reported Rape, they were all aware
of the Prison Rape Elimination Act and the
Finale Rule set out by the United States Dept. of.
Justice Prison and Jails Standards in conducting
Investigations and complieng with the Laws and
Rules as they went into Effect on May 17 2012.
                    EAch and every one of these defendants
as stated under (A) of the parties in this
claim did violate my Rights under the United
States Constitution and the C.F.R. part 115
in numerous Respects as Clearly stated in
more detail Below;

#1) Between the 5th day of March 2016 and up to
March 9 2016 Inmates Willie Jenkins and

Ellis Diggs Did hold me hostage against my will, physically Beat me and tried to sell me, pissed on me and Recorded some of thier actions against me on a Cell phone.

#2) Willie Jenkins did force me to have oral Sex and Anal Sex with him several times from march 5 2016 up to March 9 2016 against my will

#3) On March 9 2016 A code was called in N-Block on 2 Side ARound 5:00 pm due to a physical Altercation Between some inmates.

#4) Inmate Jenkins and Diggs (known Crip Gang members) were involved in the physical Altercation and it was at this time I managed to escape and Run to the Shift office for help.

#5) I Reported being Raped, held hostage, beaten, extorted for $ and that the 2 Inmates were trying to Sell me for $700.

#6) Sgt Truitt, Lt. Jones and Cpt. Corothin were the officials I had my Rape Situation Reported to. They Reported what happend to Dr.

P84

Wilson and Nurse Lynn (Whom was the Nurse on Duty) and arrangements were made for me to be transfered to the United Way Rape Crises Center in Birmingham AL so that the nurses could do A Full Body exam, take tests, collect D.N.A. Samples and evidence From the Clothes I was wearing.

#7) I was in so much pain from the Rape and physical Injuries to my head, Neck, Ribs, hand and ass that I was crieng reelly bad, having a panick Attack and Reelly Scared of being retaliated Against for Snitching.

#8) Defendants Lynn, Truit and Jones kept trieng to Calm me down as we awaited officer Cauthon to come get me and transport me to the Crises Center. As we were all waiting on Cauthon Sgt Truitt and Lt Jones acted Like they didnt believe me, they didnt want to Be bothered and treated me very unProffessionally Like I was the predator and Not the Victim of AbuSe despite all the pain I was in bruises all over me and the Blood and Feeces all over my pants.

#9) OFFicer Cauthon eventually showed up and

eventually walked me down the tunnel to the Back
Gate of the prison where we waited on officer Payne
to show up with the Van to transport me to
the Crises Center.

#10) Officer Guthrie then stated I dont have a
belly Chain so Im going to cuff you behind
your Back and put Shackles on your feet. I
Started protesting that being secured in this fashion
was hurting me Really bad on my left side and
my hand. He told me to "Relax" its only
about an hour drive to the hospital.

#11) During our whole Van Ride to the hospital
I felt like a sharp pain in my side and
Like someone was standing on my hand. I
complained and cried the whole time about
the pain, how this means of transporting me
was illegal and how I couldnt Breath.

#12) Once we got to the Hospital so that the
SANE Nurser could perform the Rape tests
collect evidence and physically examin me 2
of the Nurser asked officer Guthery to please
Remove the Restraints so they could do
the exam and pointed out to him that I
was in obvious Pain.

#3) Guthery then got on the phone and called someone From the prison and told them that the nurses needed the Restraints Removed so that An Exame could be conducted. He also started that I was loud, crying and complaining of pain and wanted the cuffs to the Front or taken off. Guthery hung up the phone and said No, that his boss said leave me fully Restrained do the Best you can and Just cut off all his clothes and Bring him Back with something wrapped Around him.

#14) The nurses both stated that the exams could not be performed this way and that they were gonna write all this in thier Reports. Both nurses and I Agreed that D.O.C. Should gather my clothes once returned to the prison for D.NA. Samples and we left back to the prison.

#15) However once I got back to the prison I was again treated like some suspect, a Liar and accused of being intoxicated on some Video from a phone that was confiscated From Willie Jenkins that Allegedly had me Screaming and crying in it.

#16) No Investigating officer locked Jenkins up for

cell phone wich is illegal in prison Nor did either of these defendant lock him up for Beating me, Raping me, holding me against my will and trieng to sell me. In Fact Neather Diggs nor Jenkins Recieved any type of disciplinary Action, went to lock up nor recieved any type of punishment.

#17) I was the one punished and locked up in a disciplinary Seg. Cell in a disciplinary Dorm on March 9, 2016 in my Soiled Clother with D.N.A on them that not one single defendant decided to collect for eurdence of Rape. Neather Dr. Wilson, Nurse Lynan, Cpt Graham, Sgt Truitt Lt. Jones nor officer Gutherie (whom were all on duty and or aware of what happend to me) decided to get my Boxers, pants and shirt for eurdence much less at least give me a Fresh set of clother to put on.

#18) Instead officer Guthery escorted me to lock up, put me in a cell with no property, mattress, sheets, hygiene products or any clother and Just left me there to sleep on a hard concrete slab in a Filthy Cell for a whole week

#19) In Fact it wasn't until March 16th 2016 When I went to the seg Board in Front of

P 3 8

WARDen Specks, Cpt. MALone, Lt North Cut, Someone From Mental Health and a CASE Manager did anyone decide to do anything for me. It was on this 16th day of march 2016 that everyone at this Seg Board Seen me Battered and Bruised smelling Like "CRap" with Soiled clothes all over me that Warden Specks ordered me to be Seen by medical mental health and get my Clothes and property to me in my Cell.

#20) At No time did Defendant Gordy whom is the P.R.E.A. Compliance Manager at the prison adequately investigate my RAPE, gather Evidence Nor see to my well being and my placement in Lock up Status as her duties demanded under the PREA guidline set forth by the Department of Justice until After the March 16th 2016 encounter with the Seg Board and Warden.

#21) At no time did Guthery, truitt, Jones nor Graham adequately Investigate my allegations and see to my well being as the P.R.E.A. Guidliness mandate.

#22) At No time Did Dr Wilson nor Nurse Lynn have me called up to the Infirmory to check on my well being nor did they even Bother to collect my clother for DNA Samples, Run any type of Rape tests or perform any type of Check ups on me

#23) IN Fact Neather De Wilson, Nurse Lynn, Cpt. Graham,
Sgt. Truitt, Lt. Jones, Lt Gordy and officer Guthrey did
anything to see to it that the Investigation was
being adequately Followed Per the Prison Rape Elimination
Act Findercles set out by the U.S. Dept. of
Justice. DNA war not collected, I never got a
lawyer as I requested for the investigation process
as war my Right. I war Just left in a
disciplinary Block with No priviledges, suffering
in pain, Bruises and Broken Rib, No property
and Bedding Materials, hygiene products. I war
called a snitch and had to endure feices, urine
and trash thrown on me in my Cell.

#24) The PREA Rules demands that Rape Victims that
go to lock up for an investigation to be conducted
get their priviledges And Rights while in lockup
and transfered to another prison especially if
the victim has been found out to have snitched.

#25) However I war Just left in lock up for
Roughly 8 months because of having a hit out
on my head for snitching on the 2 crip Gang
members (Jenkins and Diggs.). I WAS not
allowed to go to population for my own safety
while at St. Clair Prison But Eventually I war
transfered From St. Clair Lock up to Limestone

PG 10

Prison Lock up where up to this day I still sit in lock up.

#24) My Attacker Inmate Jenkins got to parole home and my other Attacker Diggs got transfered to Another High Max prison due to alot of Gang Violence going on at St. Clair all within a 90 day period after I was held hostage, beaten and Rapped but yet, Here I am, the Victim am still Siting in the Lock up unit on Administrative Segregation with absolutely no Explenations as to Who has me still in lock up and why I havent yut been Released to population in another prison somewhere as the 28 C.F.R. Part 115 demands under the prison Rape Elimination Act.

A) Parties to said 1983 Action

B) Defendants  Investigation and Intelligence Division INV. Mary Surlett, INV Terry Loggans and Director Arnaldo Mercado, PREA Coordinator for the Al. Dept. of. Corr. John/Jane Doe

C) Defendants Are Employed at. Al. Dept. of. Corr.
P.O.B. 301501
Montgomery AL. 36130

St. Clair Corr. Fac.   1000 St. Clair Rd.
Springville Al 35146

Claim #1) Failure to adequately investigate
A Rape wich violated my Rights
under the Prison Rape Elimination
Act as set forth by the United
States Department of Justice
Final Rule 28 C.F.R. Part 115
wich also led to these defendants
Violating my Right to be free from
cruel and unusual Punishment under
The 8th Amendment of the U.S. Const.

Claim #2) Failure to provide me with
access to the Courts and an
Attorney wich Violated my Right
to Access the Courts

Claim #3) Failure to provide me with
Due process for Administrative
and Criminal proceedings/prosecution
Wich Violated my 14th Amendment
Due process Rights under the U.S. Const.

As to all 3 of these said claims Above
Defendants John/Jane Doe, Mary Surrett, Terry

PG 12

Coggans and Arnaldo Mercado did violate my
Rights under the 6th, 8th and 14th amendment
of the U.S.C. and my Rights set forth by
the Dept. of Justice 28 C.F.R. Part 115 by
failing to adequately investigate my Rape, comply
with the standards set out for Prisons and Jails
to help eliminate Rape and provide me with
an attorney for the investigation process, access
the courts and provide me With Due process
throughout the administrature and or possible
criminal process. These said Claims are set out
below in more Detail

#1) On March 9, 2016 Inv. Surrett and Inv.
Coggans were contacted by the prison Staff
that I had Reported being held Against my
will, beaten and Forced to perform sexual Acts.

#2) Sometime After my march 16th 2016 Segregation
Board meeting mary Surrett did Finally come
to see me at the prison to investigate the
Rape.

#3) mary Surrett sat down with me sometime
between march 17 through the 29th of march 2016
to speak with me about the Rape.

Pg 13

It was at this time I told her how very disappointed I was in the Investigation being mishandled, how nobody was taking me Seriously, showed her all my Bruises and Injuries to my Body and told her I wanted a Lawyer and was going to sue her and everyone involved for deliberately ignoring this matter and not following policies.

#4) She documented that I wanted a lawyer when she advised me I had a right to counsel being present during the Investigation she was conducting on me and our meeting ended on a very hostile note on "Both" our parts.

#5) At no time after this encounter did I ever hear back from Surrett, Loggans Nor Mercado about the Investigation.

#6) At no time did a Lawyer ever contact me about the Investigation

#7) Somehow or Another on or about March 29, 2016 Surrett and Loggans and Mercado (all 3 defendants) closed my case as unfounded.

#8) Willie Jenkins went home on parole sometime

PS14

in June 2016, Inmate Diggs transfered to another prison sometime in May or June 2016 and I was Just left to Rot in a Cell on Administrative Lock up still to this 8th day of Jan 2017.

#9) The Final Rule set out by the United States Dept of Justice for Prison and Jail Standards was set on May 17 2012 (28 C.V.R. part 115) and was designed to Eliminate Prison Rape.

#10) However, even though Defendants knew of the New Laws set out in the P.R.E.A. Every Single one of these defendants Failed to comply with the Rules in many different aspects.

#11) Defendant John/Jane Doe Failed to see to it, as the PREA Coordinator, that his Staff were in compliance with the Final Rules. St. Clair did not have Cameras up in place in the Blocks/Dorms to help prevent some of the Violence as the Final Rules demanded. He Failed to see to it that enough officers were stationed in the prison to help prevent Rape and Violence and Failed to adequately train his P.R.EA officers and or Jail Staff on how to collect Evidence and Failed to make sure I was transfered to Another Prison in a population

Somewhere instead of Just Roting in Lock up Somewhere

#12) Defendants Loggins and Surrett failed to investigate my Rape Allegations in a timely manner as set forth in the 28 C.F.R. Part 115 and Failed to collect D.NA Evidence, get information from myself so that a Investigation could be adequately done and provide me with legal Counsel.

#13) Instead all said defendant treated me Like I was the "predator" or "Bad Guy", botched the Evidence and Investigation and Just act Like nothing ever happened.

#14) Facts show I was hampered From having a exam conducted and adequately Finished, D.N.A. Sample collected by officers of the Jail.

#15) I was Just left in a Cell to Rot with no property, bed, clothes or anything except my Soiled clothes. Not one time did Loggins or Surrett come see in a timely Fashion instead I was left to suffer in pain, Battered and Brused with Broken Rib and dislocated Finger with nothing being done, Evidence and DNA being Let disappear and every Single defendant

PS 16

hopeing all this "mess" Just disappear.

#16) Had defendants Surrett, Loggins and Mercado
From I&I and the PREA Coordinator Done
thier Jobs, Followed the Rules under 28 CFR
115 and Adequately investigated my Clims of
RAPE Not only may I not of been held hostage
Beetin and Raped to begin with but most
importantly my Attacker wouldnt of gotten
away with it.

IN THE UNITED STATES DISTRICT COURT
For the Northern District of ALABAMA 12 P 12:37

U.S. _____ COURT

Brent Jacoby, #291560  Plaintiff,
        V.
MAry Surrett, Terry Loggins,
PREA Coordinator John/Jane Doe,          Claim #
Lt. Gordy, Lt. Jones, Sgt Truitt,
officer Justin Guthery, Dr. Wilson
Nurse Lynn, defendants,

        42 USC. 1983 Civil Rights Claim

#1  Previous Lawsuits filed against these
    Defendents have Not been Filed pertaining
    to these Submitted Claims

#2) Plaintiff has filed Lawsuits in Federal Court
    Relating to his imprisonment. Lawsuits Are
    As Filed;

A) Jacoby v. Baldwin County.et.al., #12-CV-0197
   (S.D. AL 2012) Lost on Summary Judgment
B) Jacoby v. Baldwin County et.al. # 12-CV-0366
   (S.D. AL 2012) Awaiting Trial
C) Jacoby v. Baldwin County et.al., # 12-CV-0640
   (SD AL 2012) Lost on Summary Judgement.
                    pg 1

D) Jacoby V. Huey Hoss Mack et al., #13-CV-0070
(S D AL 2013) lost on Summary Judgement, Awaiting 11th Cir. Rev.

E) Jacoby V. Commissioner Thomas et al. # 15-CV-367
(M.D AL 2015) Awaiting Summary Judgement Decision

F) Jacoby V. Comm. Dunn, et al.#15-CV-382 (M.D.Al 2015)
Awaiting Summary Judgement Decision.

G) Jacoby V. Dr. Peasant #15-CV461    (MD AL 2015)
awaiting Summary Judgement Decision.

H) Jacoby V. Karla Jones # 15-CV-543 (M.D. AL 2015)
Awaiting Summary Judgement Decision

I) Jacoby V. Oneida County N.Y. # 5-CV 1254
(ND NY 2005) Settled out of Court

J) Jacoby V. Buncombe City Drug Court. #
(W.D.NC 2008) Dismissed at Screening Stage Failure to State Claim

K) Jacoby V. mosicki # 7-CU-342 (W.D.NY 2008)
Lost at Screening Stage Failure to State Claim

L) Jacoby V. Sears # 7-CV-0872 (N.D.NY 2011)
Settled out of Court

M) Jacoby V. Carter #16-0728 (N.D.AL 2016)
Awaiting Summary Judgement Decision

N) Jacoby V. Commissioner Dunn # 16-CV-1153
(N.D.AL 2016) Awaiting Service Process for
Filing Fee to be accepted.

O) Jacoby V. Fischer # 10-CV-920 (W.D.NY. 2013)
Lost on Summary Judgement
    * I only have 2 strikes at Screening
Stage and to the best of my knowledge this is my history*